■ In the Matter of the STATE OF NEW YORK, Respondent, v RICHARD W. ZIMMER, Appellant. (Appeal No. 1.) [879 NYS2d 755]— Appeal from an order of the Supreme Court, Oneida County (James C. Tormey, J.), entered February 7, 2008 in a proceeding pursuant to Mental Hygiene Law article 10. The order, among other things, granted in part petitioner's motion to unseal certain records.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see generally Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Smith, Fahey, Carni and Pine, JJ.